# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR ROGELIO CASAS-MONTEJANO,<br>*also known as* HECTOR ROGER CASAS,<br><br>Petitioner,<br><br>v.<br><br>ALBERT NAJERA, U.S. MARSHAL,<br><br>Respondent.<br>_____/ | 1:11-CV-00524 GSA HC<br><br>ORDER SEALING PETITION |

Petitioner is a federal detainee proceeding pro se with a Petition for Writ of Habeas Corpus. In his petition, Petitioner requests that the petition be sealed.

Local Rule 141 permits the sealing of documents only upon written order of the Court. Generally, the content of such documents are of a nature that require the Court to maintain the confidentiality of the document. For example, the contents may reveal information that may jeopardize the safety of particular individuals.

In this case, there is sensitive information contained in the petition and attached documents that may jeopardize the safety of certain individuals. Accordingly, the Clerk of Court is DIRECTED to seal the petition and any attached documents and exhibits.

IT IS SO ORDERED.

Dated:   **April 1, 2011**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE